**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6115

ANDRE MICHAEL SPATES EL,

Plaintiff - Appellant,

v.

LESLIE COOLEY DISMUKES; PETE BUCHOLTZ,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:24-ct-03172-M)

Submitted:  August 21, 2025                    Decided:  August 26, 2025

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andre Michael Spates El, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Michael Spates El appeals the district court's order dismissing his 42 U.S.C. § 1983 civil action under 28 U.S.C. § 1915A(b)(1).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Spates El v. Dismukes*, No. 5:24-ct-03172-M (E.D.N.C. Jan. 29, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*